phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiffs was sustained.

**No. 59403.**—Air Clearance Ass'n, Inc., and Novelty Veiling Co., Inc., et al. *v.* United States, protests 175316–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares the same in all material respects as those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59404.**—Benj. Wolf Co., Inc., and Yamaoka & Co. *v.* United States, protests 209213–K and 210143–K (B) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59405.**—Novelty Veiling Co., Inc. *v.* United States, protests 211361–K and 191626–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares the same in all material respects as those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59406.**—Novelty Veiling Co., Inc., et al. *v.* United States, protests 218433–K (A), etc. (New York).